**EXHIBITS - TABLE OF CONTENTS**

Exhibit 1 ............................................................................Declaration of Richard C. Martin

Exhibit 2 ............................................................................Declaration of Charles J. Babbitt

Exhibit 3 ............................................................................Declaration of Tim Flood

# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Grand Canyon Chapter of the Sierra Club, *et al.*

Plaintiffs,

v.

Neil Bosworth, *et al.*,

Defendants,

and

Pinto Valley Mining Corp.,

Intervenor-Defendant.

No.  CV-24-02348-DWL

**Declaration of Richard C. Martin**

I, Richard C. Martin, declare the following on the basis of my personal knowledge, to which I am competent to testify:

**BACKGROUND**

1.    I am a native Arizonan, being born and raised in Tucson. I currently reside in Gilbert, Maricopa County, Arizona where I have lived for 49 years.

2.    I hold a Bachelor of Science degree in Range Management from the College of Agriculture and a Master of Science degree in Watershed Management from the School of Renewable Natural Resources at the University of Arizona.

3.    I am a member of the Grand Canyon Chapter of the Sierra Club.  The Sierra Club is one of the most enduring and influential grassroots environmental organizations in the United States.  Founded in 1892 by John Muir to enlist support for preserving the natural resources in the Sierra Nevada Mountains (particularly Yosemite Valley), it has evolved into a nationwide organization whose goals include the protection of wild places and the promotion of responsible use of the earth's ecosystems and resources.

4.    The Grand Canyon Chapter has focused a great deal of attention over the years on protecting rivers and streams and associated riparian-dependent resources in Arizona.  It has fought to protect the Colorado River, Verde River, San Pedro River, Pinto Creek, and other valuable water resources.

5.    I am a member of the Grand Canyon Chapter of the Sierra Club because its mission and goals align well with my lifelong personal beliefs and interests.  My dad instilled in me a love of the outdoors at an early age by taking me and my brother on numerous camping, fishing, and hunting trips.  I have a strong personal interest in the protection of Pinto Creek, where the Sierra Club is advocating to restore stream flows and protect wildlife, including threatened and endangered species.  The Sierra Club's pursuit of these interests through this litigation advances my own interests in protecting Pinto Creek.

6.    I previously worked for the U.S. Forest Service, beginning my career in January of 1969 and retiring in 2004.  During my tenure with the Forest Service, I

- 1 -

worked on several different Forests in Arizona and New Mexico and held several different positions, including Range Conservationist, Forest Hydrologist, Forest Planner, and Forest Resource Staff Officer.  I spent twenty-eight years (from January 1976 to January 2004) of my thirty-five-year career on the Tonto National Forest, headquartered in Phoenix, Arizona.  Initially, I was hired as the Forest Hydrologist, where I dealt with a variety of surface and groundwater issues.  While serving in this capacity I received additional formal training in ground water hydrology and dealt with several projects that required me to determine the impact of water well pumping on adjacent streams.  As a result of this work I coauthored a policy that directed the Forest to analyze proposed wells to determine their impact on adjacent surface water resources before approving their use.  This policy was ultimately adopted by the Southwestern Region of the Forest Service which includes all eleven National Forests in Arizona and New Mexico and is still in effect today.

7.      I also dealt with large mining companies located in the Miami, Arizona area.  In the late 1990s, I was responsible for permitting a large new mine known as the Carlota Copper mine.  This mine is located along Pinto Creek near the Pinto Valley Mine, the mine at issue in this case.

8.      During my last ten years working for the Tonto National Forest, I served as the Forest Resources Staff Officer responsible for overseeing all activities related to water, riparian areas, soil, air quality (including prescribed burning), minerals, and geology.  During this time, I focused my efforts on protecting forest streams from groundwater pumping, for which I received the Chief's National Stewardship Award.

9.      To help protect Pinto Creek from impacts related to the Pinto Valley mine, I and other former Forest Service employees submitted comments on the Forest Service's draft environmental impact statement at issue in this case.  We then formally objected to the Forest Service's 2021 decision to approve Pinto Valley Mining Corp.'s mining plan of operations.  The Grand Canyon Chapter of the Sierra Club also submitted comments and formally objected to the decision.

- 2 -

**INTEREST IN PINTO CREEK AND ITS ECOSYSTEM**

10.    I am very familiar with Pinto Creek and its hydrology through my work with the Tonto National Forest.  The creek and associated riparian vegetation form a green oasis in a semi-arid environment that provides valuable habitat for fish and wildlife, including rare and endangered species.

11.    Pinto Creek has received statewide and national recognition for its valuable riparian habitat and other important features.  It was identified as an Aquatic Resource of National Importance by the Environmental Protection Agency, was considered eligible for inclusion into the nation's Wild and Scenic Rivers system during a 1993 eligibility study, and has (along certain reaches) been designated as critical habitat for the western yellow-billed cuckoo.  It was also listed by the environmental organization American Rivers as one of the ten most endangered rivers in the United States three years in a row due to threats from mining activity.

12.    The first time I visited Pinto Creek was in 1976.  It struck me then that the creek was a hidden gem in the desert.  Since that initial visit, I have returned dozens of times during the past 49 years.

13.    Unfortunately, some of those visits were prompted by the need for the Forest Service to respond to the Pinto Valley Mine spilling various materials into Pinto Creek.  In 1993, heavy rain washed out one of their tailings facilities and tons of tailings poured into the creek.  The biggest spill, however, came in 1997.  The owner of the mine at the time, BHP, was loading waste rock onto the top of an old tailings facility.  The weight of the waste rock caused the tailings to fail and over 300,000 cubic yards of material the consistency of toothpaste poured down the slope into Pinto Creek, filling it from rim to rim for three-fourths of a mile.  In places, the waste material was over 40 feet deep.  To prevent the material from moving downstream into Roosevelt Lake, which provides water to Phoenix, two dams were constructed: one dam over 50 feet in height and 500 feet wide at the upstream edge of the spill, and another smaller dam below the lower end.  Huge pipes and pumps were then installed to route winter runoff around the

- 3 -

spill and release it downstream while the material was being removed.  Ultimately, the mine was required to spend in excess of 20 million dollars to remove the spilled material and restore the riparian area.  I oversaw much of the cleanup process on behalf of the Tonto National Forest—one example of my work to protect Pinto Creek and my familiarity with the creek and its hydrology.

14.    I also have a personal connection to Pinto Creek.  I have camped with my family along the creek in an area located below the present-day Magma Weir.  My young children enjoyed playing in the water, building rock dams, and panning for gold.  It was also a great place to sit in my lawn chair underneath a cottonwood tree and listen to the sound of flowing water while reading a book.  Over the years, I have periodically visited this stretch of creek to clear my mind and relax.  I have also enjoyed watching wildlife, including javelina, deer, snakes, numerous birds, fish, and even a mountain lion along the creek.  I have hiked the entire nine-mile length of the lower perennial reach from just below the mine's property down to the confluence with Blevins Wash.  I have also hiked upstream from the Iron Bridge for a considerable distance and along several tributaries including Haunted Canyon, Powers Gulch, Campaign Creek, and the West Fork of Pinto Creek.

15.    My last visit to the creek was on July 22, 2025.  I plan on visiting Pinto Creek again during the week of October 6, 2025

16.    When I walked down the creek below the mine prior to 2013, I witnessed an amazing transformation.  The dry streambed and harsh desert environment would suddenly give way to a mass of lush, verdant native vegetation, including cottonwood, willow, and ash trees, that was vigorous and healthy.  You could feel the temperatures cool and see and hear the sound of flowing water.  I observed native fish and heard the songs and calls of numerous birds.  It was an amazing oasis that endured during the hottest summer months and periods of drought.

**THE MINE'S DEGRADATION OF PINTO CREEK**

17.     Sadly, Pinto Creek is no longer as enjoyable as it once was because the creek's flows, and the healthy riparian habitat associated with those flows, have been harmed, and continue to be harmed, by mining activity, including the pumping of water for use at the Pinto Valley Mine.

18.     Pinto Valley Mine was constructed by Cities Service Company in the early 1970s.  As part of the construction, they drilled over twenty large water wells within the Tonto National Forest boundary that straddle both sides of Pinto Creek.  The purpose of these wells, known collectively as the Peak Well field, was, and still is, to provide water for the operation of the mine.

19.     Pinto Valley Mine currently uses a tremendous amount of water. Approximately 9,700 gallons of water per minute (gpm), most of it utilized to process ore, is diverted all year long.  On average, the Peak Well field alone pumps approximately 3,500 gpm, which is enough water in one year to fill Tempe Town Lake almost twice.

20.     During the period from 1974 through 2013, Pinto Creek and Pinto Valley Mine coexisted with no apparent loss of stream flow in the area below the mine.  I have studied publicly available U.S. Geological Survey (USGS) data for the Creek,[1] and those data indicate that the stream flowed every single day as measured at the Magma Weir (gaging station 09498502) for 16 years straight, from late 1997 up until December of 2013.

21.     Capstone Copper—the parent company of Pinto Valley Mining Corp.— purchased the mine in October of 2013.  Two months later, Pinto Creek suddenly quit flowing at the Magma Weir.  It was like someone had just turned off a spigot.  Since that time, the creek at the Magma Weir is commonly dry.  For instance, in 2015 the creek flowed for just 5 days!  According to USGS data, the creek has flowed only one day in

---

[1] Available at https://waterdata.usgs.gov/nwis/dvstat/?search_site_no=09498502&amp; agency_cd=USGS&amp;referred_module=sw&amp;format=sites_selection_links.

- 5 -

the last nine months.  The table below, which I created using the publicly available USGS data referenced above, reflects the sharp reduction in flows at the Magma Weir once Capstone began operating the mine in 2013.

| Pinto Creek Historic Monthly Median Flows | | | |
|---|---|---|---|
| Month | Flows (Cubic Feet per Second) | | Flow Reduction After Capstone Mine Purchase (Percent) |
| | *Pre-Capstone* 10/94 thru 9/13 | *Capstone era* 10/13 thru 5/25 | |
| January | 2.12 | 0.23 | 89 |
| February | 6.10 | 1.03 | 83 |
| March | 11.30 | 1.72 | 85 |
| April | 3.19 | 0.76 | 76 |
| May | 3.12 | 0.55 | 82 |
| June | 2.12 | 0.41 | 81 |
| July | 2.44 | 1.65 | 32 |
| August | 2.80 | 1.75 | 38 |
| September | 1.50 | 1.03 | 31 |
| October | 1.36 | 0.41 | 70 |
| November | 1.36 | 0.19 | 86 |
| December | 2.21 | 0.00 | 100 |

**Table 1**.  *Pinto Creek monthly median flows before Capstone purchased the Pinto Valley Mine in 2013 compared to monthly median flows after Capstone purchased the mine as measured at USGS stream gaging station 09498502 (Magma Weir).  Period of record between October, 1994 and May, 2025.*

22.    Soon after streamflows dramatically decreased in 2013, many of the trees and other riparian vegetation located immediately below the mine property began to die off, as shown in Figure 1, below.

- 6 -



***Figure 1****.  Dead and dying riparian trees along Pinto Creek a short distance below the mine property on the Tonto National Forest.  I took this photo in November of 2017.*

23.    When I first saw the devastation in the fall of 2017, I was stunned.  Never in my 35 years of work with the Forest Service had I seen a riparian area on National Forest System lands so devastated.  The creek bed was bone dry, and dead vegetation was standing and lying scattered everywhere.  It looked like the riparian area had been desiccated by a blast of hot air.

24.    My most recent visit to Pinto Creek was on July 22, 2025, when I walked downstream from the historical beginning of the northern perennial reach for 2.6 miles.  I was saddened to see that overall conditions had worsened dramatically since my visit in

April of this year.  With the exception of a 600-foot reach located over a mile downstream, there was absolutely no water in the creek bed!

25.     The lack of available moisture was reflected in the riparian vegetation.  In fact, never in all the years that I have visited Pinto Creek below the Magma Weir have I seen it look this awful, as shown in Figure 2 below.  Many of the young cottonwood seedlings that had sprouted the previous year were dead.  Arizona ash and sycamore trees had few leaves and many of what they did have were small and brown.  I also noted a considerable amount of branch die back.  Similarly, cottonwoods and willows were also significantly stressed.  These affects were evident in the vegetation canopy for a distance of 2.25 miles downstream, which is considerably further than has been documented previously.



*Figure 2.  No water in Pinto Creek and critically stressed riparian vegetation approximately one eighth mile below the Magma Weir on the Tonto National Forest.  I took this photo on July 25, 2025 during the height of the growing season when plants should be fully leafed out and growing vigorously.  Sadly, this was once a healthy vibrant riparian area that I used to visit to restore my sense of well-being*

26. Wildlife is surely being adversely affected by the lack of available water, particularly during the hottest months of the year. Interestingly, I observed several holes that animals had dug in sandy portions of the streambed, presumably in search of water. Needless to say, native fish including desert sucker and longfin dace, which the Arizona Game and Fish Department list as "Species of Greatest Conservation Need" and which I have enjoyed observing over the years in Pinto Creek, could no longer survive as their habitat does not exist.

27. Water is the foundation of our riparian areas. Due to the Peak Well field's capture of subflow directly connected to Pinto Creek, the adverse impacts to riparian vegetation, wildlife and fish on the National Forest are considerable, especially in a semiarid environment.

28. The reduction in Pinto Creek's flows has significantly harmed my recreational interests in the creek. I am no longer able to visit the area below the mine and be assured of water running in the streambed or that I will be able to enjoy the lush and healthy riparian ecosystem that was once there but which continues to disappear as the water dries up. As such, I am being deprived of the magical sight and sound of water as it makes its way down the valley—a key element of the area's peaceful, uplifting character that I enjoyed with my family. The dense, lush riparian vegetation that once grew along the banks of the stream just below the mine property has been significantly reduced and degraded, no longer providing the beauty, shade, and sense of well-being that it once did.

29. According to the Forest Service's 2021 final environmental impact statement (FEIS), baseflows in Pinto Creek will rapidly and dramatically increase shortly after the mine ceases pumping (FEIS 3-459, Figure 3-21 & FEIS 3-90). If the Forest Service had required the mine to stop pumping (or to mitigate the impacts of its pumping) back in 2021, I could now witness and enjoy Pinto Creek's ecological recovery. By approving the extension of the mine's life—and associated pumping from the Peak Well field—through 2039, the Forest Service has delayed the time until recovery can

- 9 -

commence by almost two decades.  Under these circumstances, considering my age and the average life span of an adult male, I will probably not live to see and enjoy the recovery of Pinto Creek.

30.    This loss is especially painful because I took great care to protect Pinto Creek when I worked for the Tonto National Forest.  Decades ago, my Forest Service colleagues and I anticipated the potential impacts of pumping from the Peak Well field to Pinto Creek.  At that time, we did not know how much water was being removed from the basin.  However, the number of large diameter water pipelines strung like spaghetti across the Forest leading from the numerous well heads to the mine gave us some indication.  Fortunately, in 1983 the State of Arizona recognized the validity of *in situ* (instream flow) water rights for the first time.  Shortly thereafter, we filed an application for a permit to appropriate public water for the sole purpose of protecting wildlife, including fish, and recreational values in the lower (northern) nine-mile perennial reach of Pinto Creek.  After a considerable amount of time, effort, and money, the certificate of water right was granted in 1999, giving the Tonto National Forest the legal right to maintain specified volumes of water in Pinto Creek for each month of the year.

31.    Hydrological modeling completed for the mine expansion NEPA process indicates that the mine was—and is—removing appropriable subflow connected to Pinto Creek.  The mine has no legal authority (water right) to do so.  The Forest Service should have made every effort possible to defend its instream right against the mine's illegal removal of subflow in order to protect valuable wildlife, fish, and recreational values on the National Forest.  Instead, the Forest Service left it up to the mine to determine if adverse impacts to surface rights were occurring and should be mitigated (FEIS 3-487).  Unbelievably, the enforcement of the water right acquired by the Forest Service—which I worked for years to help acquire—was functionally delegated to Pinto Valley Mining Corp., which has a vested interest in using, and is in fact using, that water for its mining purposes.

32.     By failing to enforce its instream flow water right, the Forest Service has allowed the mine to remove water that is held in trust for the American public for the benefit of wildlife, fish, and recreation.  It has also impaired my enjoyment of a beautiful section of Pinto Creek and those of other Sierra Club members and recreationists.

33.     The Forest Service's approach to the NEPA analyses deprived me of the opportunity to participate in a process that was supposed to adequately consider effective and enforceable mitigation of the mine's impacts.  The Draft Environmental Impact Statement (DEIS) clearly indicated that the environmental impacts to water resources from approving this project would be substantial.  Astonishingly, the only mitigation measures proposed to address these impacts were to: 1) have Pinto Valley Mining Corp develop a comprehensive water resources monitoring plan, 2) recalibrate the groundwater model, and 3) hold annual workshops for stakeholders (DEIS, p 3-383 to 3-384).  In other words, the Forest Service did not put forth any effective and enforceable mitigation measures for the loss of water resources on the National Forest (such as reducing the amount of water the mine was removing via the Peak Well field or augmenting water to the creek) on which I could comment.  When the FEIS was issued, it included a Comprehensive Monitoring and Mitigation Plan that was developed by PVCM.  It stated that, "PVMC will develop site specific mitigation plans, as necessary and feasible, to address reductions in baseflow or drying up of perennial stream reaches or springs that are directly and reasonably attributable to mine operations." (Page 16).  The process was flawed in that the mine was given a free hand in developing mitigation at some later point whereas I was unable to assess and comment on meaningful and enforceable mitigation measures needed to ensure the mines' adverse impacts were minimized.

34.     It makes me sad to think that Pinto Creek is joining the ranks of so many other desert streams that have been dried up.  It frustrates me that the U.S. Forest Service has knowingly allowed this to happen and did not require the mine to operate without harm to the irreplaceable public resources in Pinto Creek.  These resources, which belong

- 11 -

to the American people, have been significantly harmed. Forest leadership has abdicated its stewardship responsibility.

35. My injuries will be redressed if the Court grants the relief requested in this lawsuit. I would then be able to participate in a Forest Service decision making process that gave me the opportunity to share my expertise and perspectives on the impact of the mine on Pinto Creek and gave me a meaningful opportunity to advocate for better protection of the creek, associated riparian vegetation, and wildlife. Anything that increases the likelihood of more water flowing through Pinto Creek will help restore my recreational, aesthetic, and emotional interests and give me hope that I can witness and enjoy Pinto Creek as I used to. I hope the Court requires the agencies to uphold their legal obligations and ensure that the mine's water use will not continue to jeopardize Pinto Creek, a beautiful, hidden gem in the desert.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated this 9th day of September, 2025.


_Richard C. Martin_
Richard C. Martin

- 12 -

# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Grand Canyon Chapter of the Sierra
Club, *et al.*

                    Plaintiffs,

v.                                               No.  CV-24-02348-DWL

Neil Bosworth, *et al.*,

                                                 **Declaration of Charles J. Babbitt**
                    Defendants,

and

Pinto Valley Mining Corp.,

                    Intervenor-Defendant.

I, Charles J. Babbitt, hereby declare the following based on my personal knowledge, to which I am competent to testify:

**BACKGROUND**

1. I reside in Phoenix, Arizona. I am an 81-year-old native Arizonan, grandfather, retired lawyer, writer, author, and birdwatcher.

2. I grew up in a family that spent a lot of time exploring and enjoying the outdoors. My father, who was born in Flagstaff in 1898, always encouraged his children to look deeper into the natural world around us. I developed an interest in birds early in life, which developed into a passion for birdwatching that I have to this day.

3. I have written and published numerous articles about birds and birdwatching in national birding publications and journals, including Bird Watchers' Digest, Phoenix Home and Garden Magazine, and Birdwatching Magazine. In 2019, I authored a published book about Arizona birds called *BIRDING ARIZONA: What to know, Where to Go.* Olympia Wash: R.W. Morse Co.

4. I am a past member of the Arizona Bird Committee, an organization that evaluates documentation of rare birds, publishes reports on those evaluations, archives the documentation and maintains a checklist of Arizona birds.

5. I am currently on the editorial committee of the Arizona Field Ornithologists, where my role includes reading and editing articles for their journal, *Arizona Birds*.

6. In 1999, I received the George Fell Award in recognition of a lifetime of professional work and personal effort dedicated to the protection and stewardship of the natural areas of Arizona and the Colorado Plateau. In 2020, I received the Arizona Field Ornithologists Achievement Award in recognition of many years helping to further knowledge and appreciation of birdlife in Arizona through my field work and writing.

7. I am the Conservation Chairman of the Maricopa Bird Alliance (formally Maricopa Audubon Society) ("the Alliance"). I have been an active member since 1982 and have served on the board of directors for 24 years in various capacities including

- 1 -

President (1988-1996), Vice President, Secretary and Field Trip Chairman.  As the current Conservation Chairman my duties include informing the membership of local and national conservation issues and supporting conservation measures including coordination and cooperation with both national and local conservation groups.

8.    I joined the Alliance because of my interest in birds and birdwatching and my desire to conserve and protect Arizona's wild and scenic areas, especially its riparian habitats like that at Pinto Creek, which are critical to the welfare and survival of bird populations.

9.    Founded in 1953, the Alliance is a non-profit (501)(c)(3) public interest conservation organization with over 2,500 members. It is dedicated to the enjoyment and conservation of birds and other wildlife, with a primary focus on the protection and conservation of the habitat of the Southwest through volunteer activities, education, bird advocacy, and community involvement. It publishes a bi-monthly newsletter, The Cactus Wren-dition.

10.    For over 70 years, the Alliance has advocated for environmentally sound public lands management and policy with emphasis on riparian habitat protection and protection of endangered species. For example, in the 1970s and 1980s, the Alliance played a major role in stopping the construction of Orme and Cliff Dams which would have destroyed miles of riparian habitat on the Verde River, home to a population of desert nesting bald eagles. In the 1980s and 1990s, the Alliance fought to protect a forest raptor known as the northern goshawk, and other old-growth forest dependent species.  In recent years the Alliance has been working to protect the San Pedro River and its endangered species from excessive ground water pumping and to protect riparian areas around the state from grazing destruction by trespassing cattle, especially in bird habitat. The Alliance has also advocated for the protection of Pinto Creek given its important riparian and upland bird habitat and its members' interest in preserving the area and the birds that depend on it.

- 2 -

11.     The Alliance has deep expertise in advocacy on behalf of birds and is experienced in engaging with land managers to educate them about how projects under consideration on public lands impact bird habitat and the health of bird populations.  It provides its expertise on birds and bird habitat to land managers in support of its mission to ensure that land management decisions do not negatively impact birds or their habitats. It also participates in public comment opportunities like those afforded by the National Environmental Policy Act.  It did so in this case to protect Pinto Creek from the harmful effects of pumping of water for use at the Pinto Valley Mine.

## THE ALLIANCE'S AND MY INTEREST IN PINTO CREEK

12.     My first visit to Pinto Creek was in January 1996. Along with other birders, I went specifically to see an eared quetzal, an extremely rare Mexican species that was spotted upstream from Pinto Creek, in a tributary known as Haunted Canyon. I remember a beautiful walk down Pinto Creek past the Magma Weir, with water flowing in the streambed the entire way and the creek lined with healthy, green vegetation. Since that visit I have returned occasionally to Pinto Creek for birdwatching visits after stopping at the nearby Boyce Thompson Arboretum near Superior.

13.     Pinto Creek draws birders, including Alliance members, year-round but is especially popular with birders during spring and fall migration when birds—often exhausted after thousands of miles of flying—are seeking healthy riparian areas for rest, food, and water. They have historically found that essential habitat in Pinto Creek on their migratory routes from central and south America to their nesting areas in North America.

14.     The Alliance Field Trip Chairman is planning several field trips to Pinto Creek for Alliance members beginning in the spring of 2026. An article about Pinto Creek in the Cactus Wren-dition (the Alliance's newsletter) has sparked considerable interest among members, with a number of birders telling me they want to visit the area this fall as well.

- 3 -

15. Alliance members have actively engaged in the conservation and protection of the western yellow-billed cuckoo. I always enjoy looking and listening for yellow-billed cuckoos in riparian habitats during the summer, where the leafy trees provide shaded, cooler areas and relief from the heat. This species arrives in mid-June and is here only two months before departing. Their breeding cycle is unusually rapid and requires only 17 days from egg-laying to fledging of young. Alliance members have participated in yellow-billed cuckoo surveys along Arizona streams for the past several summers.

16. Cuckoos are a riparian-obligate species. In other words, they are dependent on riparian vegetation—particularly cottonwood-willow habitat—for breeding. Like many other bird species, they also use riparian corridors like Pinto Creek during migration. Alliance members, including me, have had substantial involvement in the protection and recovery of these two species over the years, including advocating for the conservation of suitable habitat in Pinto Creek.

17. Southwestern riparian areas like Pinto Creek are the most biologically diverse habitats in the United States and provide critical habitat for nesting, resident, and migratory birds. Over the last century and a half, 90% of Arizona's riparian habitat has been lost or seriously degraded. Much of this loss has been the direct result of excessive water pumping by mines and agricultural operations, which has reduced or eliminated in-stream flows and harmed riparian habitats and the bird species that depend on them. This loss makes preserving the riparian habitats and the water that feeds them even more important.

**THE PEAK WELL FIELD'S HARMFUL IMPACTS ON PINTO CREEK**

18. I noticed a significant drop in Pinto Creek's flows after 2013. That year, Capstone Mining Corp. (now Capstone Copper Corp.) purchased the Pinto Valley Mine and began pumping water from 23 wells near Pinto Creek in an area known as the Peak Well field. As demonstrated in the Forest Service's final environmental impact statement (issued in connection with the Forest Service's 2021 approval of the mine's expansion and continued water pumping), the massive water withdrawals from the Peak Well field

- 4 -

reduced the base flow of water in the Creek by 82 percent. I have observed the result of this depletion clearly on the ground. Large stretches of Pinto Creek, a Sonoran Desert treasure, no longer flow year-round, and much of its riparian habitat has dried up and died.

19. Permanent loss of Pinto Creek's normal flows and its riparian vegetation would be a terrible loss to members of the Alliance and to me personally. Although relatively remote, Pinto Creek is regularly visited by birders, including Alliance members. eBird, a well-known app administered by Cornell University ornithology researchers to track bird populations, shows postings by Alliance members of birds in the small remnant patch of riparian habitat below where the Iron Bridge crosses the Creek.

20. On a recent late spring day (May 2, 2025) I, along with several Alliance board members, visited the small riparian area on Pinto Creek just below Iron Bridge crossing to see firsthand what had happened to the Creek and do some birdwatching. Alliance member Tim Flood was our guide. (He was recently awarded the Alliance's "Herb Fibel Conservation Award" for his years of dedication and effort to monitor and preserve Arizona's riparian areas, including Pinto Creek.) That morning, in areas where a small amount of water was still present in the creek, the cottonwood-willow habitat was alive with both resident and migrating birds including brilliant orioles and tanagers, colorful warblers, buntings and grosbeaks as well as flycatchers and sparrows. We spotted a gray hawk in the area along with a juvenile golden eagle. Sadly, just a few hundred yards downstream, the creek water disappeared, the healthy cottonwood-willow trees and other riparian vegetation became scarcer and more degraded, and we were walking down a dry empty streambed. The lack of water and vegetation along this stretch of creek degraded our experience because many birds like black hawk, yellow-billed cuckoo, summer tanager, song sparrow, and common yellowthroat can no longer be found in the area because of the lack of appropriate riparian habitat.

21. The dewatering of Pinto Creek and its riparian habitat will not only have an adverse impact on resident and migrating birds, but its loss will continue to jeopardize

and prevent recovery of the western yellow-billed cuckoo. The loss of water flows in Pinto Creek that occurred after the Pinto Valley mine began its pumping at the Peak Well field has already harmed my and the Alliance's interests in the preservation of the important wildlife and bird habitat that the Creek supports. Without adequate contributions of subsurface water flows into the creek for the coming decades, vegetation in the riparian area will continue to die off, insect populations that feed the birds will dwindle, and the birds that depend on Pinto Creek will continue to decline and, eventually, may disappear altogether. I, and other Alliance members, will continue to lose the opportunity to view these beautiful and scientifically fascinating birds in their native habitat in Pinto Creek, and our ability to enjoy the natural beauty of the Creek and riparian areas themselves will continue to be diminished.

22. My and the Alliance's interests are also harmed by the Forest Service's failure to consider the presence of yellow-billed cuckoo or its habitat downstream of an arbitrarily drawn boundary that excluded known habitat. The decision by the Forest Service, and the U.S. Fish and Wildlife Service, to analyze only a portion of the cuckoo's habitat puts the species and its recovery at risk and has deprived me and the Alliance of a lawful process under the Endangered Species Act and the National Environmental Policy Act ("NEPA"), which would have accurately assessed the importance of the habitat and increased the likelihood of this species' recovery, including in the Pinto Creek area.

23. These harms would be redressed by an order from this Court requiring the Forest Service and Fish and Wildlife Service to protect the Creek from further dewatering and requiring the full analysis of cuckoo and flycatcher habitat required by both the Endangered Species Act and NEPA, including a public process in which the Alliance and I could participate.

24. The loss of riparian habitat in Arizona over the decades has been nothing short of tragic. One only needs look at the loss of habitat in the Colorado River Delta and the historic and ongoing loss along the Santa Cruz, Gila, Verde, Salt and San Pedro Rivers to see examples of the widespread and devastating loss of this important habitat.

- 6 -

Loss of these important riparian areas makes it all the more important that remaining habitats, like that at Pinto Creek, are preserved. Desiccation from subsurface water pumping does not have to be the fate of Pinto Creek if its in-stream flow can be restored soon, giving its riparian habitat and the species dependent on it a chance to recover.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.


Dated this 12th day of September, 2025.


_____

Charles J. Babbitt

- 7 -

# EXHIBIT 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Grand Canyon Chapter of the Sierra Club, *et al.*,

                Plaintiffs,

v.

Neil Bosworth, *et al.*,

                Defendants,

and

Pinto Valley Mining Corp.,

                Intervenor-Defendant.

No.  CV-24-02348-DWL

**Declaration of Tim Flood**

I, Tim Flood, declare the following on the basis of personal knowledge, to which I am competent to testify:

**BACKGROUND**

1.      I live in Phoenix, Arizona.  I have resided at my current address for 38 years and I have lived in Arizona for about 60 years.  After earning a medical degree from the University of Arizona I pursued a residency in Preventive and Occupational Medicine.  For two years, I worked at the Miami Inspiration Hospital/Emergency Room and provided care to miners and smelter workers.  After that, I served for 34 years as the medical director of the state health department and its Office of Chronic Disease Epidemiology.

2.      I have been a Life Member of the Grand Canyon Chapter of the Sierra Club since 1983.  I am also a member of the Maricopa Bird Alliance, formerly known as the Maricopa Audubon Society.  I often attend meetings, seminars, and webinars of other groups, such as the Arizona Water Resources Research Center, Arizona State University, and Audubon Southwest to learn more about water and conservation issues.  In addition, on field trips usually associated with the meetings I have travelled to numerous riparian areas to gain on-the-ground experience and knowledge from agency biologists and faculty.

3.      My interest in water issues originated from a college course about humans' impact on the environment.  This interest was amplified by reading the 1980 Annual Report of the Council of Environmental Quality, which described the significant, negative effect humans sometimes have on natural waterways and groundwater.  I also joined the Arizona Riparian Council to learn about the value and functions of Arizona's riparian areas in the natural and built environment.  At annual meetings of the Council, I participated in discussions about protecting and conserving Arizona's streams.

4.      I have completed training in the use of Rapid Stream-Riparian Assessment (RSRA), a field manual that was developed in Arizona, Utah, and New Mexico to monitor the health of western riparian areas in a semi-qualitative manner.  I have

- 1 -

conducted the RSRA assessments on several streams in Arizona, including Pinto Creek, and found the indicators of riparian impacts to be particularly helpful in understanding the factors that influence the health and function of streams.

5.      Water issues also occupied my professional career as a public health physician with the Arizona Department of Health Services.  In the 1980s to 1990s, I led an extensive public health investigation into the association of childhood cancers and aquifers in Maricopa County that had been contaminated with industrial solvents.  In the course of my professional work, I was attuned to the public's concern about health, water quality, and land use practices that could contaminate water sources.  Through this work, I am aware that discharging pollutants into streams and contaminating aquifers threatens human health, as rivers and aquifers are two major sources of public drinking water. Assuring the availability of clean water and studying the link between pollution and disease are ways to protect human and environmental health.

6.      While pursuing my interest in water and its influence on the environment, I also learned the importance and the dynamic nature of stream flows.  For example, low seasonal flows allow vegetation to take hold along the riverbanks, while high flows can scour the river channels and also deposit soil, nutrients, and seeds higher up on the banks. I learned and witnessed that streams can saturate their banks, store water in the banks, and replenish their connected groundwater tables.  Being a boater, I am by habit attentive to the flow rate waterways, including Pinto Creek, and I understand that vegetation and wildlife is directly influenced by the amount of water available.

7.      As an avid outdoorsman, I've hiked many of Arizona's rivers and wild areas, including at and near Pinto Creek.  One of the most obvious things I have observed is the habitat damage caused by dewatering of streams, including at Pinto Creek.  To put it simply: removing water from streams removes riparian habitat and its dependent wildlife and native vegetation.

**MY INTEREST IN PINTO CREEK**

8.      My interest in water issues grew in the early 1980s through recreational

- 2 -

hiking and rafting trips on rivers, creeks, and waterways in the western United States.  I first visited Pinto Creek around this time to scout its remarkable values and potential eligibility for inclusion in the National Wild and Scenic River System.  On that visit, I was impressed by its riparian beauty, free flowing waters, and stream-dependent wildlife.

9.      I have visited Pinto Creek, and its tributary Haunted Canyon, approximately 30 times since 1994.  Specific segments of the Creek that I visited include (listing them from headwaters down to AZ Highway 88): the headwaters near the old Gibson mine in the Pinal Mountains; the segment I call "upper Pinto Creek" from the confluences of Haunted Canyon and Power's Gulch downstream to the Iron Bridge on Forest Service Road 287; the lush riparian area downstream from the Iron Bridge; the 9-mile northern perennial segment I call "lower Pinto Creek" running from the "pipe fence" located south of the Horrell (Layton) Ranch down to the Magma Weir and continuing down to the Henderson Ranch area.

10.      I visit Pinto Creek to walk, hike, bird-watch, camp, take photographs, place trail cameras that capture images of native wildlife, and experience the tranquility of its natural beauty.  I particularly value the shade and coolness that the riparian vegetation and trees provide in an otherwise hot and arid environment and enjoy viewing the wide variety of wildlife species that are also drawn to the riparian environment in Pinto Creek. I have also volunteered as a surveyor for yellow-billed cuckoo and mentored students on the cuckoo field survey protocol.

11.      My experience and activities in riparian areas, including Pinto Creek, provide me a deep sense of connection with God's creation.  These activities give me wonder and awe at the world that the creator has provided us humans.  After driving several hours from Phoenix through the Sonoran desert (which has its own special dry-land beauty), I cherish witnessing the landscape's transformation into a lush green ribbon of life as I descend to the canyon floor through which Pinto Creek runs.  It is difficult to put into words the comfort, calmness, and tranquility that I experience when I arrive at a healthy riparian area.

12.     I visit the areas of Pinto Creek, especially those that still contain flowing water, with a deep sense of reverence.  To me, it is a spiritual experience to sit or walk along the stream.  The encounter engages all my senses: seeing the verdant-lined banks; hearing the whisper of the breeze and rustle of leaves in tree-tops of massive cottonwood, willow, ash, sycamore, and walnut; hearing the songs and calls of the riparian-dwelling warblers, flycatchers, and many other bird species; smelling the sweet aroma of clover, seep willow, and other flowering plants that grow in the moist soil; rolling the triangular edges of delicate sedges; tasting the mint growing along the stream channel.  On hot summer days the deep shade of the tree canopy welcomes me to stay a little longer. While at Pinto Creek, two spiritual passages often come to mind: "*The Lord is my shepherd, there is nothing I lack.  In green pastures you let me graze; to safe waters you lead me; you restore my strength.*" (Psalm 23).  While walking the river corridors alone I sometimes sing loudly the words to Verse 2 and the refrain of the hymn *How Great Thou Art.*  The release of the 2015 encyclical letter Laudato Si by Pope Francis, with its call to care for our common home, has encouraged me to protect the environment and to take notice of wealthy societies' impacts on those with little voice.

## ADVOCACY FOR PINTO CREEK

13.     My advocacy on behalf of Pinto Creek is both in my personal capacity and as a member of the Maricopa Bird Alliance and the Sierra Club.  Additionally, I joined the Arizona Riparian Council (which is not a party to this lawsuit) in the 1990s because of its mission to provide for the exchange and transmittal of information on the status, protection, and management of riparian systems in Arizona.  I currently serve on its Board as the conservation committee lead.  The Council views a healthy lower Pinto Creek, including the area north of the Magma Weir, as an important habitat that could partially compensate for the negative effects on bird species elsewhere.  I support those goals because protection of Pinto Creek and its natural flows, and my ability to enjoy a healthy riparian system there, are important to me.

14.     More specifically, I have advocated for several proposed streams for

- 4 -

inclusion as a Wild and Scenic River in Arizona, including Pinto Creek. In August 1999, I prepared and submitted to the Arizona Department of Environmental Quality (ADEQ) the nomination of the stream in Haunted Canyon (at the time a perennially flowing tributary to Pinto Creek) as a Unique Water under the state water quality rules. I also supported the Friends of Pinto Creek's Unique Water nomination for 8.8 miles of the lower Pinto Creek segment, the formerly perennial reach that begins a little upstream of the Magma Weir. The Grand Canyon Chapter of the Sierra Club supported this nomination as well.

15. On April 26, 2008, I joined a Sierra Club field trip to help oppose the Arizona Department of Environmental Quality's (ADEQ) claim that Pinto Creek's copper levels were "natural" and ADEQ's efforts to weaken the copper standard for Pinto Creek. On a separate trip around that time, I hiked with Sierra Club members to observe the flows of Pinto Creek that were contaminated with copper arising near the headwaters of Pinto Creek at the Gibson Mine in the Pinal Mountains. On other excursions with Sierra Club members, I visited other areas of the Pinto Creek watershed. We submitted documentation to ADEQ from a trip dated January 30, 2008, in which we found the presence of tailings from numerous exploratory mines in the watershed. These tailings likely were the source of copper found in Pinto Creek water samples. ADEQ subsequently withdrew their proposal to raise the copper standard for Pinto Creek.

16. I participated in a field trip with Sierra Club members to view the BHP massive tailing spill into Pinto Creek that occurred in October 1997.

17. On December 27, 2017, I photographed astonishing evidence of beaver-chewed trees on Pinto Creek at the Iron Bridge. A knowledgeable wildlife biologist told me the beaver likely walked up Pinto Creek or overland from another riparian area, perhaps all the way from Roosevelt Lake.

18. I am particularly attentive to the presence of active caterpillar tents and cicadas that provide a food base for yellow-billed cuckoo. At meetings of the Arizona Riparian Council, I learned that the presence of cuckoo generally indicates high quality

riparian habitat.  When detected, they are most often found in, or adjacent to, cottonwood and willow trees with dense canopy.  I conducted playback surveys for cuckoo in upper Pinto/Haunted Canyon in August of 2014 and 2015; but I had no detections.  I have not surveyed for cuckoo near the Magma Weir but am aware that surveys have detected them a number of times, as reflected in the environmental impact statement for this project at page 3-74.  The evidence of cuckoos in the area has reinforced my interest in preserving Pinto Creek for the recovery of the cuckoo.

19.    In addition, I have begun trail camera monitoring to characterize animals that utilize the riparian area.  For example, I visited Pinto Creek on September 13, 2025 and hiked about 3,000 meters down the creek from the Magma Weir.  While there, I retrieved a trail camera that I had placed on an April 15, 2025 trip.  During the period of 151 days, the camera recorded a variety of wildlife including bears, birds, bobcats, white-nosed coatimundi, coyotes, deer, grey fox, javelina, skunks, and squirrels. The stream channel appeared dry the entire time and may have contributed to a relatively low number of observations.

20.    All these activities, and more, have deepened my connection to Pinto Creek and its associated riparian areas.

**HARM TO PINTO CREEK**

21.    Prior to 2013, on all four of my visits to lower Pinto Creek—in the northern perennial reach—I observed water flowing in the channel at the Magma Weir.  It was of particular importance for me to notice and document the condition of the flow because it supported our efforts to seek a federal Wild and Scenic River designation for the creek.  On a visit in May 1994 to the Magma Weir, the creek channel showed flowing water about 6 inches deep and obvious signs of channel scouring from a previous major high flow event.  Riparian vegetation was beginning to re-establish along the wet edge of the scoured channel.

22.    During my subsequent visit on September 16, 2001, the water in Pinto Creek was flowing over the Magma Weir.  Goodding's willows and water-tolerant

- 6 -

vegetation such as seep willow and cattails lined the bank and provided excellent habitat for native wildlife and birds.  The lush riparian vegetation was impenetrably thick downstream of the Weir, as depicted in Figure 1, below.   We noted and photographed fresh animal tracks in the mud.



*Figure 1. I took this photo of Pinto Creek looking downstream from the Magma Weir on September 16, 2001. It accurately represents the conditions I observed at the time.*

23.     I visited Pinto Creek again on May 18, 2003 and observed abundant water flow at the Magma Weir that continued to support dense riparian habitat: both the under- and over-story contained thick vegetation and active birds, and the water and wet soil had allowed healthy, dense vegetation to take hold.  The cattails were chest-high and the tree canopy provided heavy shade in the riparian forest.  See Figure 2, below.



*Figure 2. I took this photo of Pinto Creek on May 18, 2003, showing the view downstream from atop the Magma Weir.  The flowing water is visible on the right side of the image.  The photo accurately depicts the conditions I observed during my visit.*

24.    I conducted a bird survey at Pinto Creek as part of a group outing on July 12, 2003. The vegetation at the Magma Weir was so thick that it nearly obstructed our view of the Weir, as shown in Figure 3, below. We had a hard time finding a path along or across the creek, so we often resorted to walking at the riparian edge near the adjacent upland desert.



*Figure 3. I took this photo of Pinto Creek on July 12, 2003, showing the view downstream from atop the Magma Weir. Flowing water is obscured by the dense vegetation. The photo accurately depicts the conditions I observed during my visit.*

25.     On all four visits of these visits to lower Pinto Creek, there were aquatic insects and small fish present in the flowing water. The clarity of the water indicated that riparian vegetation was stabilizing the banks, and filtering debris and impurities. The dense aquatic vegetation provided habitat for numerous insects, frogs, and fish and the species that feed upon them. In addition, the healthy riparian area reduced sediment runoff and assured that clean water flowed into Roosevelt Lake and eventually to residents in the Phoenix area.

26.     When I returned to lower Pinto Creek on December 27, 2017, I was shocked to see the condition of the stream and riparian areas. An acre of tall cottonwood trees had fallen into piles or were standing as mere tree skeletons devoid of bark and leaves, as shown in Figures 4 and 5 below. The plants along the streambank were gone or thin. Only a few 1.5-inch fish remained in the creek, whose flow was reduced to a

number of small stagnant pools.  Being December, I expected to see trees that had lost their leaves as part of their usual seasonal cycle, but it was clear that the condition of the creek had changed dramatically and that some trees were not just dormant, but dead.  The creek bed itself had changed from the previous narrow, vegetation-lined channel, to a wide, mostly dry and open channel with little vegetation where it had previously thrived.



*Figure 4. I took this photo along Pinto Creek on December 27, 2017, about 70 meters upstream from the Magma Weir. It accurately depicts the conditions I observed on that visit.*



*Figure 5. I took this photo along Pinto Creek on December 27, 2017, looking downstream from the Magma Weir. It accurately depicts the conditions I observed on that visit.*

27.    I visited Pinto Creek again on November 14, 2020, and observed a very small flow over the Magma Weir.  See Figure 6, below.  Vegetation along the edge of the stream was sparse and showed no vertical growth.  Algae was present in the stream.  The water flow was very small, and the thicket of lush vegetation that bordered the creek in earlier years was gone.  The loss of the previously present lush riparian vegetation was apparent in the lack of streamside vegetation, indicating no seasonal growth of vegetation along the channel.  This photo is consistent with my observations that, while water does flow from time to time (likely in response to rain), the creek has been significantly degraded from its prior, natural condition and has been unable to recover ever since.

- 11 -



*Figure 6. View of Pinto creek looking downstream from atop the Magma Weir. I took this photo on November 14, 2020, and it accurately depicts the conditions I saw at the time.*

28.     On a trip to Pinto Creek that I took on January 20, 2024, I observed no water at the Magma Weir.  The channel bed showed a light presence of weeds, the edges of the channel show some vertical vegetation that had gone dormant for the season, and the trees were leafless as expected in the wintertime; even so, the density of the vegetation was significantly reduced compared to the conditions I observed on prior trips.



*Figure 7. I took this photo on January 20, 2024 looking downstream from the Magma Weir. It accurately depicts the condition of the vegetation and the absence of water, as I observed at the time of my visit.*

29.    I visited Pinto Creek again on April 26, 2025, and hiked to the Magma Weir. The creek bed was dry, and I observed no standing or flowing water.



*Figure 9. I took this photo of from the Magma Weir, downstream along Pinto Creek, on April 26, 2025. It accurately depicts the conditions I observed at the time of my visit.*

30.    My most recent visit to Pinto Creek was on September 13, 2025. At the Magma Weir the stream channel was completely dry, as depicted in Figure 10, below. Soft mud was present in the channel but had hardened by midday. The remaining standing trees showed markedly thinned canopies and in some cases were dead-standing snags. The cocklebur and datura plants in the middle of the channel indicated a lack of steady flow that otherwise would sweep them away. The ground beneath the trees was heavily strewn with dropped leaves and branches, consistent with dewatering stress.

- 14 -



*Figure 10. I took this photo on Pinto Creek at the Magma Weir looking downstream on September 13, 2025. There was no flow or surface water. It accurately depicts the conditions I observed on my visit.*

31.    The dramatic, ongoing degradation in the health and vegetation along Pinto Creek is apparent from a distance as well.  The photo in Figure 11, below, shows the riparian strip from a nearby rise on September 13, 2025.  The area where Pinto Creek is located is in the upper left of the photo, and shows some green and gray hues.

32.    Previously, on July 12, 2003, I had taken the photo in Figure 12 at nearly the same location as the 2025 photo shown in Figure 11.  The comparison of the two photos shows a striking difference between the green, lush vegetation along the creek in 2003, and the mostly dessicated vegetation after years of water pumping.



*Figure 11. I took this photo of Pinto Creek on September 13, 2025, looking upstream, from a nearby rise.  Note the large, whitish, tailings pile visible in the distance at the center-top of the image. Riparian trees at the left of the image are thinning and show sign of leaf drop.*



*Figure 12. I took this photo on July 12, 2003, from a similar location as the photograph in Figure 11.  It accurately depicts the scene as I observed it during my visit.  Note the tailings pile at center-top.  Compare the healthy condition of trees across the middle of this photo to those in the previous photo.*

33.     It is distressing for me to see lower Pinto Creek in its ongoing degraded condition: the diminished flows; loss of birds, fish, frogs and other life in stream; and the die-off of young and old trees.  The Forest Service's authorization of the mine's continued operation through 2039 is prolonging these adverse conditions along the creek, which diminish my sense of grounding in nature and the environment in which we all live.  The impacts of the dewatering of Pinto Creek are affecting many miles of riparian habitat and the wildlife that depend on it.  Nevertheless, desert streams are resilient.  One mile downstream from the Magma weir I noticed a 200-meter segment of the channel where surface water still flows.  Trees in this area are mostly healthy.  This is the likely location used by large mammals as their source of drinking water.  The surface water there nurtures macroinvertebrate insects that could repopulate the desiccated stretches of the creek upstream and downstream if perennial flow is restored to the creek.  In other words, ecological recovery of the creek is still feasible once its flows are restored.

34.     It is my hope that the pre-2013 flows will be restored immediately to the creek.  It is my intent later this year and in 2026 to continue visiting, monitoring, and enjoying the return of riparian habitat in lower Pinto Creek, in upper Pinto Creek, and in its spectacular tributary at Haunted Canyon—provided there is still riparian habitat to be enjoyed.  I will particularly delight in bringing visitors who are unaware that such beautiful places exist in Arizona.  And that responsible mining practices in the past sustained these remarkable places and can do so into the future.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed: September 22, 2025.

*Tim Flood*

Tim Flood

- 17 -